# United States Bankruptcy Court
# Central District Of California

In re:
Thomas Edward Peters
Margaret Arlene Peters

CHAPTER NO.: 7

CASE NO.: 6:09–bk–26772–PC

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☑ Declaration of Attorney's Limited Scope of Appearance. [Local Rule 2090–1(a); 1002–1(g)]

**B.** You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002–1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002–1]:

    Chapter 7     1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    3420 Twelfth Street, Riverside, CA 92501–3819

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: July 24, 2009

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: **Ed Zamora**
    **Deputy Clerk**

mccdn – Revised 12/2009

**39 – 1 / EZA**